**Fill in this information to identify the case:**

Debtor 1  Meprisia Julmiste-Previlon

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern   District of FL
                                                              (State)

Case number  17-17055-PDR

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3745

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: bky atty fees review objection to payment change | 07/27/2020 | (11) | $ 165.00 |
| 12. Other. Specify: correspondence with client on objection to payment change | 07/29/2020 | (12) | $ 82.50 |
| 13. Other. Specify: correspondence with client on objection to payment change | 07/30/2020 | (13) | $ 82.50 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Meprisia Julmiste-Previlon | Case number *(if known)* 17-17055-PDR |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Christophal Hellewell
Signature

Date 10/13/2020

Print: Christophal Hellewell
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Ghidotti Berger LLP.

Address: 1920 Old Tustin Ave
Number   Street
Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427 – 2010

Email: bknotifications@ghidottiberger.com

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page 2

## CERTIFICATE OF SERVICE

On October 13, 2020, I served the foregoing documents described as Notice of Post-petition Mortgage Fees, Expenses and Charges on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Aron Szabo**
aron@szabolawgroup.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On October 13, 2020, I served the foregoing documents described as Notice of Post-petition Mortgage Fees, Expenses and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Meprisia Julmiste-Previlon**
2434 Harding St
Hollywood, FL 33020

*Trustee*
**Robin R Weiner**
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May